# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2013 JUL -3  PM 2:44

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>              vs.<br><br>GENNESSE SALDANA (2),<br><br>                         Defendant. | CASE NO.  **13CR1950-JLS**<br><br>BY _____ **(signature)** _____ DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

　　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

X___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

X___   of the offense(s) as charged in the Information:

21 USC 952, 960 - IMPORTATION OF METHAMPHETAMINE

　　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: June 28, 2013

_Janis L. Sammartino_

HONORABLE JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE